# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Flemmer and Aamna Flemmer on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) **ORDER**<br>)<br>) |
| vs. | )<br>) Case No. 1:17-cv-272 |
| DCI Credit Services, Inc., | )<br>) |
| Defendant. | ) |

On September 4, 2018, the parties filed a "Stipulation of Dismissal with Prejudice." The court **ADOPTS** the parties' stipulation (Doc. No. 22) and **DISMISSES** the above-entitled action with prejudice, with each side to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2018.

>            */s/ Charles S. Miller, Jr.*
>            Charles S. Miller, Jr., Magistrate Judge
>            United States District Court